**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| TEDDY SCOTT AND MELANIE SCOTT, | ) | |
| | ) | Case No. 16-1440 |
| Plaintiffs. | ) | |
| v. | ) | |
| | ) | |
| DYNO NOBEL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DYNO NOBEL'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant Dyno Nobel Inc., through counsel of record, and moves the Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for an order dismissing Plaintiffs' claims in this case for lack of sufficient evidence. As set forth in the accompanying memorandum in support of the Motion, Plaintiffs lack sufficient admissible evidence that (1) Dyno owed Plaintiffs a duty of care, (2) Dyno breached any standard of care, or (3) any such breach was the cause of Mr. Scott's alleged health problems, among other shortcomings.

WHEREFORE, Defendant Dyno Nobel Inc. respectfully moves this Court for an order granting summary judgment on all claims in favor of Dyno Nobel.

4813-8621-6038v1

Dated:  May 21, 2018

Respectfully submitted,

PARSONS BEHLE & LATIMER

*/s/ Brandon Mark*

David M. Bennion
Brandon J. Mark

And

William S. Thomas  #43229MO
Nicholas P. Meriage   #66077MO
thomas@pspclaw.com
meriage@pspclaw.com
PITZER SNODGRASS, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

*Attorneys for Defendant Dyno Nobel Inc.*

4813-8621-6038v1

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May 2018, I caused to be electronically filed and served the foregoing **DYNO NOBEL'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the Court's electronic filing system, which sent notification of such filing to all attorneys listed on the docket.

/s/ Brandon Mark

4813-8621-6038v1