IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TEDDY SCOTT AND MELANIE SCOTT,<br><br>    Plaintiffs,<br><br>v.<br><br>DYNO NOBEL INC.,<br><br>    Defendant. | Case No. 16-1440 |

## NOTICE OF APPEAL

Notice is hereby given that Teddy and Melanie Scott, the Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the 8th Circuit from an Order granting Defendant's Motion for Summary Judgment and entered in this action on the 29th day of August, 2018.


DATED August 31, 2018　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　By:　 /s/ Robert W. Schmieder II
　　　　　　　　　　　　　　　　　Robert W. Schmieder II #47564MO
　　　　　　　　　　　　　　　　　robs@SLChapman.com
Bradley M. Lakin #66488　　　　SL Chapman LLC
Robert J. Evola # 50827MO　　　330 North Fourth Street, Suite 330
SL Chapman LLC　　　　　　　St. Louis, Missouri 63102
330 North Fourth Street, Suite 330　(314) 588-9300
St. Louis, Missouri 63102　　　　(314) 588-9302 fax
(314) 588-9300
(314) 588-9302 fax

## Certificate of Service

      The undersigned hereby certifies that the foregoing was filed electronically through the Court's electronic filing System on August 31, 2018 which served a copy of the foregoing upon counsel of record.

| | |
|---|---|
| William S. Thomas<br>Nicholas P. Meriage<br>PITZER SNODGRASS, P.C.<br>100 South Fourth Street, Suite 400<br>St. Louis, Missouri 63102-1821 | David M. Bennion<br>Kimball Parker<br>PARSONS BEHLE & LATIMER<br>201 South Main Street, Suite<br>Salt Lake City, Utah 84111<br>(801) 532-1234<br>(801) 536-6111 (Fax) |

/s/ Robert W. Schmieder II