US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** Scott et al v. Dyno Nobel, Inc.

**USCA#:**

**Case Number:** 4:16-CV-01440-HEA

**Plaintiff:** TEDDY SCOTT, et al.

**Defendant:** DYNO NOBEL, INC., et al.

**Attorney:** SEE DOCKET SHEET

**Attorney:** SEE DOCKET SHEET

**Court Reporter(s):** Susan Moran

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: Mavis Gaines at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | PAID | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?: No    Where:

**Please list all other defendants in this case if there were multiple defendants:**