# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-2897
_____

Teddy Scott; Melanie Scott

Plaintiffs - Appellants

v.

Dyno Nobel, Inc.

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-01440-HEA)
_____

**JUDGMENT**

Before LOKEN, COLLOTON, and KOBES, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

July 24, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans