UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TEDDY SCOTT and<br>MELANIE SCOTT<br><br>　　Plaintiffs<br><br>　　v.<br><br>DYNO NOBEL, INC.,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 4:16-CV-01440-HEA<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has returned its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case.

☐ **Decision by Verdict.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that **Teddy Scott recover from defendant Dyno Nobel, Inc., the amount of $13,750,000.00 for actual damages and Melanie Scott recover from defendant Dyno Nobel, Inc., the amount of $3,000,000.00 in actual damages and $30,000,000.00 for punitive damages.**

April 29, 2022　　　　　　　　　　　　　　　*Gregory J. Linhares*
Date　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　By:　/s/Heather Aubuchon
　　　　　　　　　　　　　　　　　　　Deputy Clerk